IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
|           PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-409-LY |
| | § | |
| CHRIS PATTERSON; AREA | § | |
| PUBLICATIONS, INC.; BARBIE | § | |
| ROBERTS; JOHN/JANE DOES 1-5, | § | |
|           DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On November 4, 2019, the court rendered judgment by default favor of Plaintiff Craig Cunningham and against Defendant Area Publications, Inc. (Doc. #13). On June 9, 2020, the court awarded damages in favor of Cunningham and against Area Publications, Inc. in the amount of $4,500 in statutory damages and $400 in costs (Doc. #24).

On October 27, 2020, the court rendered an order directing Cunningham to show cause in writing why this cause should not be dismissed for want of prosecution on before November 3, 2020 (Doc. #25). As of this date, Cunningham has not filed a response to the court's order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Craig Cunningham's claims against Defendants Chris Patterson, Barbie Roberts, and Does 1-10 are **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FURTHER ORDERED** that this case is **CLOSED.**

**SIGNED** this the _9th_ day of November, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE